

# Fourth Court of Appeals
## San Antonio, Texas

July 3, 2019

No. 04-19-00405-CR

**IN RE** Odis **GREER**

Original Mandamus Proceeding[1]

**ORDER**

On June 18, 2019, relator filed a petition for writ of mandamus. After considering the petition, this court concludes relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is DENIED. *See* TEX. R. APP. P. 52.8(a).

It is so **ORDERED** on July 3, 2019.

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 3rd day of July, 2019.

_____
Keith E. Hottle, Clerk of Court

---

[1] This proceeding arises out of Cause No. 1992-CR-1623W, 1992-CR3010W, styled *The State of Texas v. Odis Greer*, pending in the 227th Judicial District Court, Bexar County, Texas, the Honorable Kevin M. O'Connell presiding.